An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD ORYEM, SUCCESSOR-IN-PARTY TO JANICE SCHRADER,
Appellant,
vs.
NEVADA DEPARTMENT OF ADMINISTRATION; AND EMPLOYERS INSURANCE COMPANY OF NEVADA,
Respondents.

No. 62197

**FILED**

OCT 0 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



### ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order dismissing a petition for judicial review in a workers' compensation matter. First Judicial District Court, Carson City; James E. Wilson, Judge.

This appeal arises from a petition for judicial review of a workers' compensation claim decision filed by Janice Schrader, the mother of appellant Edward Oryem. Appellant appeals from the district court's order dismissing the petition for judicial review after Ms. Schrader passed away while the petition was pending in that court. Based on the documents before us, however, we conclude that appellant lacks standing to appeal the district court's dismissal order, and thus, this appeal must be dismissed. Only a party aggrieved by an appealable judgment or order may appeal that judgment or order to this court. NRAP 3A(a). And a person is not a party within the meaning of NRAP 3A(a) unless that person has been named as a party of record in the trial court. *Valley Bank of Nev. v. Ginsburg*, 110 Nev. 440, 448, 874 P.2d 729, 735 (1994).

Here, following the district court's entry of its dismissal order, appellant filed a motion in the district court, asserting that he is Ms.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-30096

Schrader's heir and the personal representative of her estate and requesting to substitute into the underlying matter as a party. Appellant then filed a notice of appeal before the district court could rule on appellant's motion to substitute, and therefore, appellant was not a party of record in the matter below. As a result, appellant lacks standing to appeal from the district court's order, and thus, this court lacks jurisdiction to entertain his appeal. *See* NRAP 3A(a); *Valley Bank*, 110 Nev. at 448, 874 P.2d at 735. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. James E. Wilson, District Judge
     Edward Oryem
     Beckett, Yott, McCarty & Spann/Reno
     Attorney General/Carson City
     Carson City Clerk

---

[1]In light of this order, we deny as moot all requests for relief currently pending in this matter.